BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1959

No. 63387.—Foster's *v.* United States, protests 58/2404 and 329446–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed

upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.